IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MONTANA, | CV 21-122-BLG-SPW-KLD |
| Plaintiffs, | |
| vs. | ORDER |
| BRIDGER PIPELINE LLC, | |
| Defendant. | |

On November 17, 2021, Plaintiffs the United States of America and State of Montana lodged a Consent Decree that, if entered by Court, would resolve the civil claims that the United States and the State of Montana have alleged in their contemporaneously filed Complaint against Defendant Bridger Pipeline LLC. (Docs. 1 & 2). The proposed Consent Decree has been signed by representatives of the United States, the State of Montana, and Bridger Pipeline. (Doc. 2-1). Plaintiffs explain that their approval of the proposed Consent Decree remains subject to public notice and comment. Plaintiffs state that after notification of the public through the Federal Register and review of any comments received, the United States and the State of Montana will advise the Court of the substance of the comments and, if appropriate, ask the Court to enter the Consent Decree. (Doc. 2). Accordingly,

IT IS ORDERED that, on or before January 21, 2022, Plaintiffs file a status report advising the Court as to the status of these proceedings.

DATED this 22nd day of November, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge